# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOHN DOE**, | * |
| *Plaintiff,* | * |
| v. | *  Civil Action No. _____ |
| **UNIVERSITY OF MARYLAND, COLLEGE PARK** | * |
| | * |
| *Defendant.* | * |
| | * |

## PLAINTIFF JOHN DOE'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff John Doe ("Plaintiff"), by and through undersigned counsel, submits this Emergency Motion for Temporary Restraining Order and Preliminary Injunction and moves, pursuant to Federal Rule of Civil Procedure 65, for a temporary restraining order and preliminary injunction to restrain and enjoin Defendant University of Maryland College Park ("College Park") from suspending him and barring him from campus and participating in school activities. Plaintiff relies on and incorporates by reference herein his Verified Complaint in this matter and the accompanying Memorandum of Law in Support of Plaintiff John Doe's Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

Pursuant to Federal Rule of Civil Procedure 65(b), undersigned counsel certifies that on December 22, 2023, he spoke to College Park's general counsel, Jay Rosselló and told him of Plaintiff's intent to initiate this litigation and seek immediate injunctive relief. Mr. Rosselló advised the undersigned that College Park is represented by the Office of the Attorney General in matters of litigation, and that the undersigned should contact Assistant Attorney General Katherine Bainbridge. Accordingly, on December 22, 2023, the undersigned emailed Ms. Bainbridge to

advise her of Plaintiff's intent to file this action and seek immediate injunctive relief. Ms. Bainbridge informed the undersigned counsel that the assigned Assistant Attorney General for this matter is Mr. Ariel "Ari" Lichterman. The undersigned counsel has spoken with Mr. Lichterman about this litigation, both by phone and via email, and advised that he will be the primary point of contact for this matter. Mr. Lichterman and Mr. Rosselló will be emailed copies of all filings in this case as soon as they are submitted.

Dated: December 27, 2023

Respectfully Submitted,

*/s/ Patrick R. Seidel*
Patrick R. Seidel, Esq. (#21801)
William N. Sinclair, Esq. (#28833)
Todd Hesel, Esq. (#21466)
Silverman Thompson Slutkin & White, LLC
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 385-2225
pseidel@silvermanthompson.com
wsinclair@silvermanthompson.com
thesel@silvermanthompson.com

*Attorneys for Plaintiff*