## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOHN DOE,** | * |
| *Plaintiff*, | * |
| v. | *   Civil Action No. _____ |
| **UNIVERSITY OF MARYLAND, COLLEGE PARK** | * |
| | * |
| *Defendant*. | * |
| | * |

### CERTIFICATE OF SERVICE

I, Patrick R. Seidel, hereby certify that on December 21, 2023, true and correct copies of *Plaintiff John Doe's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum of Law in Support of Plaintiff John Doe's Emergency Motion for Temporary Restraining Order and Preliminary Injunction*, and *Proposed Order* were electronically filed through the Court's CM/ECF system and are available for viewing and downloading to all registered counsel of record and were served on Defendant by email to Defendant's general counsel, Jay Rosselló (rossello@umd.edu), and Assistant Attorney General Ariel Lichterman of the Maryland Attorney General's Office (alichterman@oag.state.md.us).[*]

Respectfully Submitted,

*/s/ Patrick R. Seidel*
Patrick R. Seidel, Esq. (#21801)
William N. Sinclair, Esq. (#28833)
Todd Hesel, Esq. (#21466)
Silverman Thompson Slutkin & White, LLC
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 385-2225
pseidel@silvermanthompson.com
wsinclair@silvermanthompson.com
thesel@silvermanthompson.com

*Attorneys for Plaintiff*

---

[*] Defendant has not waived formal service of the complaint filed contemporaneously with the above-referenced documents.