IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOHN DOE**, | * |
|     *Plaintiff*, | * |
| v. | *   Civil Action No. _____ |
| **UNIVERSITY OF MARYLAND, COLLEGE PARK** | * |
| | * |
|     *Defendant*. | * |
| | * |

## TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff John Doe's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, it is hereby **ORDERED** that:

1. Plaintiff's Motion is **GRANTED** as to the request for a Temporary Restraining Order. Upon review of Plaintiff's submissions and after hearing argument from the parties during a conference held on _____, the Court has determined that Plaintiff has sufficiently demonstrated a likelihood of success on the merits of his claim under Title IX, 20 U.S.C. § 1681(a), and that Plaintiff will suffer immediate irreparable harm without injunctive relief. This Court further finds that in weighing the relative hardships between the parties and the public interest factors, allowing Plaintiff to remain a fully enrolled student in good community standing pending further proceedings on Plaintiff's motion for a preliminary injunction is appropriate.

2. Accordingly, Defendant University of Maryland, College Park is **RESTRAINED** and **ENJOINED** from enforcing Plaintiff's suspension for the duration of this Temporary Restraining Order.

3. Defendant shall immediately restore all rights and privileges to Plaintiff as a fully enrolled student in good community standing. Defendant, its officers, agents, employees,

attorneys, and any other persons who are in active concert or participation with it, are **ENJOINED** from prohibiting Plaintiff's attendance of classes, presence on campus, or participation in school activities.

4. This Temporary Restraining Order shall remain in effect until further Order of the Court and is without prejudice to Defendant's rights to raise all its defenses to the allegations and claims pled in Plaintiff's Verified Complaint.

**SO ORDERED** this _____ day of _____ 2023, by the United States District Court for the District of Maryland.

_____
United States District Judge