**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **JOHN DOE**, | * |
| *Plaintiff*, | * |
| v. | *     Civil Action No. _____ |
| **UNIVERSITY OF MARYLAND COLLEGE** | * |
| **PARK** | |
| | * |
| *Defendant*. | |
| | * |

**DECLARATION OF PATRICK R. SEIDEL**

Pursuant to 28 U.S.C. § 1746, I, Patrick R. Seidel, solemnly declare:

1.      I am over the age of 18, competent, and have personal knowledge of the following facts.

2.      I am an attorney at the law firm of Silverman, Thompson, Slutkin & White, LLC, and I represent Plaintiff in the above-captioned matter.

3.      Attached hereto as **Exhibit A** is a true and correct copy of Appendices to the Final Investigative Report (Revised) from the underlying matter.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Final Investigative Report (Revised) from the underlying matter.

5.      Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff's Notice of Appeal from the underlying matter.

6.      Attached hereto as **Exhibit D** is a true and correct copy of University of Maryland's Policies and Procedures on Sexual Harassment and Other Sexual Misconduct.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the Written Notice of Determination from the underlying matter.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the article titled "Despite less time on campus, 2021 reports show uptick in sexual misconduct cases", written by John Paul Ferrantino and dated December 2, 2022.

9.      Attached hereto as **Exhibit G** is a true and correct copy of tweet dated February 3, 2021, from the Twitter account of Alyssa Rae-McGinn.

10.      Attached hereto as **Exhibit H** is a true and correct copy of a post dated March 10, 2018 from the Facebook page of Jamie Brennan.

11.      Attached hereto as **Exhibit I** is a true and correct copy of the LinkedIn page of Angela Nastase as it appeared on November 15, 2023.

12.      Attached hereto as **Exhibit J** is a true and correct copy of the webpage https://keithedwards.com/2012/10/10/man-in-a-box-the-traditional-hegemonic-definition-of-masculinity/ as it appeared on December 15, 2023.

13.      Attached hereto as **Exhibit K** is a true and correct copy of a post dated April 3, 2017 from the Facebook page of the University of Maryland College Park's Office of Civil Rights and Sexual Misconduct ("OCRSM").

14.      Attached hereto as **Exhibit L** is a true and correct copy of a post dated February 12, 2018 from the Facebook page of OCRSM.

15.      Attached hereto as **Exhibit M** is a true and correct copy the article from The College Fix titled *Top Title IX candidate at University of Oregon wrote the book on favoring rape accusers*, written by Matt Lamb and dated January 26, 2016.

16.      Attached hereto as **Exhibit N** is a true and correct copy of an excerpt from the Maryland Higher Education Commission's Report on Campus Climate and Sexual Violence at Maryland Colleges and Universities, dated September 2022.

17.     Attached hereto as **Exhibit O** is a true and correct copy of an article from The Baltimore Sun titled *University of Maryland receives record numbers of sexual misconduct reports, conducts few investigations*, written by Talia Richman and dated March 22, 2019.

18.     Attached hereto as **Exhibit P** is a true and correct copy an article from The Diamondback titled *UMD students gather on McKeldin Mall to raise awareness of sexual assault*, written by Parker Leipzig and dated April 25, 2022.

19.     Attached hereto as **Exhibit Q** is a true and correct copy an article from The Diamondback titled *'We demand change': UMD students rally for more action against sexual assault on campus*, written by Clara Niel and Ryan White and dated October 9, 2021.

20.     Attached hereto as **Exhibit R** is a true and correct copy of a list of certain Maryland schools under investigation by Department of Education's Office of Civil Rights, as reflected on the webpage *Pending Cases Currently Under Investigation at Elementary-Secondary and Post-Secondary Schools as of December 15, 2023 7:30am Search*, OFFICE OF CIVIL RIGHTS, https://www2.ed.gov/about/offices/list/ocr/docs/investigations/open-investigations/tix.html?queries%5Bstate%5D=MD&page=2&offset=20 (last visited Dec. 15, 2023).

21.     Attached hereto as **Exhibit S** is a true and correct copy of an email I received from OCRSM Director Angela Nastase on November 16, 2023 (the names of Plaintiff and his mother have been redacted).

22.     Attached hereto as **Exhibit T** is a true and correct copy of the "Ad Hoc Appellate Board Decision" from the underlying matter.

23.     I have listened to the April 30, 2021 episode of The Title IX and Civil Rights Podcast titled "Considerations for New Title IX Advisors," which is publicly available at https://podcasts.apple.com/us/podcast/the-title-ix-and-civil-rights-podcast/id1542038824     (last

visited Dec. 21, 2023). Approximately one minute and twenty seven seconds into the podcast episode, a speaker identified as Alyssa Rae-McGinn states: "It's a really big role to have to essentially represent someone in a hearing when maybe you joined the advisor pool at your school because you wanted to support people, maybe you're coming from a victim's advocate standpoint, maybe you're coming from the perspective of respondent education, or men's education . . . ."

24.     I have listened to the October 24, 2022 episode of The Title IX and Civil Rights Podcast titled "The DSLLC Team – Live from ATIXA," available at the same web address noted in paragraph 23. Approximately eight minutes and thirty eight seconds into the podcast episode, a speaker identified as Alyssa Rae-McGinn states:

> I really came to this work by marrying two different passions. I began my career in investigations that were more a little more focused on corporate due diligence, asset tracing, fraud investigations, legal investigations, things in that realm. But I in my free time spent a lot of time doing anti-discrimination activism work. So I did a lot of work with the New York City anti-violence project which is an organization that provides resources for the LGBTQI community in New York, a lot of safe sex training, anti-discrimination work, just the creation of safe spaces for people to come and be themselves. I learned a lot doing work with them. I also was doing some different work with online groups to combat racism. And then I had the opportunity to join that with my investigations and my professional life when the #MeToo movement started happening and suddenly everyone was paying a lot more attention to these issues. And there was a chance for me to be an outside investigator but working in this area of anti-discrimination and combating sex and gender violence.

25.     I have viewed a video titled "My Title IX Story – Alyssa-Rae McGinn," which is publicly available on YouTube at https://www.youtube.com/watch?v=oRUCH6n7-gM (last visited Dec. 21, 2023). In the video, which is approximately one minute long, a person identifying herself as Alyssa Rae-McGinn states:

> Women had previously been actually and effectively barred from fully engaging in educational spaces, and Title IX paved the way for those women to demand equal access to the opportunities afforded by education. Nowadays, many people think of Title IX as associated only with sexual violence, but it's important to recognize that the reason we handle sexual violence under Title IX is because sexual violence is a

form of gender discrimination that impacts how a person can experience and engage in their education. I came to work in a Title IX from a background of activism fighting against identity-based violence and discrimination. And I do this work because I really do believe we need to ensure all students, teachers, and educational staff are not only protected from identity-based discrimination but affirmed and welcomed in their schools and workplaces.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of December, 2023.          */s/ Patrick R. Seidel*
                                                    Patrick R. Seidel