

**Alyssa-Rae McGinn**
@alyssaraemcginn

Check out the latest episode of the Title IX and Civil Rights Podcast — @danschorr and I discussed reporting and recounting sexual violence, compounded trauma, #MeToo , and recent disclosures from @AOC as well as those about Marilyn Manson and Mets GM Jared Porter.



**Dan Schorr** @danschorr · Feb 3, 2021
On today's episode of The #TitleIX and Civil Rights Podcast @alyssaraemcginn and I discussed the recent public accounts of sexual misconduct and trauma by Evan Rachel Wood, @AOC, and others. More information and subscription/download links available here: danschorrllc.com/podcasts/

**EXHIBIT G, 1 of 1**