

**Jamie Brennan** updated her cover photo.
Mar 10, 2018 ·



EXHIBIT H, 1 of 1