



### Angela Nastase, JD
Director and Title IX Coordinator, Office of Civil Rights & Sexual Misconduct, Office of the President

**Follow**

**Message**

## All activity

Posts | **Comments** | Images | Reactions

---

**Angela Nastase, JD** commented on this

**Jamie Brennan** • 2nd
Assistant Director for Title IX at the Unive…
1mo •                                           **+ Follow**

Great session, **Keith E. Edwards**! Can't wait to read your book. Understanding about "man in a box" was fascinating.

**Keith E. Edwards** • 3rd+
Leaders and organizations turn to Keit…
1mo •                                           **+ Follow**

Thanks to ATIXA for inviting me to talk this morning about Unmasking and how to engage men to understand with empathy, reach with compassion, hold accountable more effectively, and help them let go of who they feel they have to be and discover and live into their authentic masculinity.



**EXHIBIT I, Page 1 of 2**

