Case 1:23-cv-03507-RDB   Document 2-11   Filed 12/27/23   Page 1 of 9



 (https://keithedwards.com/)

# MAN IN A BOX – THE TRADITIONAL DEFINITION OF MASCULINITY

Keith Edwards(https://keithedwards.com/author/keithe/)
October 10, 2012(https://keithedwards.com/2012/10/10/)
Blog (https://keithedwards.com/category/blog/), Men & Masculinities (https://keithedwards.com/category/college-men-and-masculinities/), Sexual Violence Prevention (https://keithedwards.com/category/sexual-assault/), Social Justice Education (https://keithedwards.com/category/social-justice-education/)

I've often used the Man in the Box activity, which I believe was created by Paul Kivel, to help participants in **workshops (http://keithedwards.com/campus-visit/keynotes/)** illustrate the social expectations on men. Below is a video of this activity using the responses from my **research (http://keithedwards.com/2013/03/20/putting-my-man-face-on-college-mens-gender-identity-development/)** participants and highlighting the role of misogyny and homophobia in policing the expectations of men and the intersections of other forms of oppression.

**EXHIBIT J, Page 1 of 9**

Case 1:23-cv-03507-RDB   Document 2-11   Filed 12/27/23   Page 2 of 9

☰

n the Box

(https://keithedwards.com/)



Traditional Hegemonic Definition of Masculinity (THDM) is a wordy way of describing the external expectations of men that society places on us. This definition is "traditional" in that it is rooted in long held cultural ways of defining what it means to be a man. It is "hegemonic" in that is places men above people of other genders AND some men above other men. It defines some men above other men in the ways it intersects with classism, racism, homophobia, anti-Semitism, and other forms of oppression. One of the ways racism works is trying to emasculate men of color for their skin color and culture. One of the ways classism works is by emasculating working class men for the status of their job, the cars they drive, and the clothes they wear. And so on.

# MAN IN A BOX

This definition of masculinity is reinforced in many ways, but two primary was are through misogyny and homophobia. Misogyny is the hatred of women and homophobia is the hatred and gays and lesbians or those who label in that way. Now that sounds academic and complicated but two five year old boys can illustrate this for you on the playground. One five year old boy throws the ball and it doesn't go very far. The other five year old boy yells, "Man you throw like a girl!" That is misogynistic because if being a girl weren't bad it wouldn't be an effective insult. The boy who was called a girl responds by yelling something homophobic at his friend. Now, it is likely that this five year old boy has no idea what that word means, let alone the history of hatred, violence, and aggression associated with that word. However, he knows that when he feels emasculated by misogyny, that responding with homophobia is a way that he can try and prop up his masculinity according to the traditional hegemonic definition of masculinity.

If that is what we know about masculinity at five years old, imagine how well we are trained to call each other "girl" and "gay" by the time we are 18 years old and in college. Imagine how we have to constantly escalate the violence and aggression in calling each other "girl" and "gay" in order for that to have an effect if we've been calling and been

**EXHIBIT J, Page 2 of 9**

Case 1:23-cv-03507-RDB   Document 2-11   Filed 12/27/23   Page 3 of 9


(https://keithedwards.com/)


(http://keithedwards.com/2012/10/10/man-in-a-box-the-traditional-hegemonic-definition-of-masculinity/external-expectations/)

*Traditional Hegemonic Definition of Masculinity*

called that all of our conscious lives. This definition of masculinity is part of creating a patriarchal system that perpetuates, contributes to, and reinforces patriarchy. This is how the traditional hegemonic definition of masculinity oppresses people of other genders, marginalizes some men, and limits all men.

Each month I share the best of what I am learning, contributing, & finding inspiring through my free newsletter. **Subscribe (https://keithedwards.us17.list-manage.com/subscribe?u=cb0e590acdd23bcc7b1b60b25&id=32952d9dc8)** and get *123 Lessons on Thriving, Leadership, & Justice* as a thank you gift.

"Your Sharing Fire this month is incredible. I can't tell you how much I appreciate these in my inbox each month. It is my starting point each month for new learning. Life is so frantic with everything; having a cultivated learning list by someone I trust and respect sent to me each month is priceless."

**EXHIBIT J, Page 3 of 9**



**SUBSCRIBE (HTTPS://KEITHEDWARDS.US17.LIST-MANAGE.COM/SUBSCRIBE?U=CB0E590ACDD23BCC7B1B60B25&ID=32952D9DC8)**

(https://keithedwards.com/)

## Want to work more closely with Keith?

Leaders and organizations turn to Keith as an authentic educator, trusted leader, and unconventional scholar helping them advance leadership, learning, and equity.

**CONTACT KEITH (HTTPS://KEITHEDWARDS.COM/CONTACT/)**

(https://keithedwards.com/2023/11/15/effectively-engaging-men/)

Effectively Engaging Men (https://keithedwards.com/2023/11/15/effectively-engaging-men/)

by KEITH EDWARDS (HTTPS://KEITHEDWARDS.COM/AUTHOR/KEITHE/)  •  November 15, 2023

**EXHIBIT J, Page 4 of 9**


Case 1:23-cv-03507-RDB   Document 2-11   Filed 12/27/23   Page 5 of 9

☰

behind the mask for accountability, compassion, and authenticity can be challenging. You ffectively...

**D MORE (HTTPS://KEITHEDWARDS.COM/2023/11/15/EFFECTIVELY-ENGAGING-MEN/)**

(https://keithedwards.com/)

(https://keithedwards.com/2023/11/08/developing-men-mask-consciousness-unmasking-becoming-toward-authentic-masculinity/)

**Developing Men: Mask Consciousness, Unmasking, & Becoming Toward Authentic Masculinity (https://keithedwards.com/2023/11/08/developing-men-mask-consciousness-unmasking-becoming-toward-authentic-masculinity/)**

👤 by **KEITH EDWARDS (HTTPS://KEITHEDWARDS.COM/AUTHOR/KEITHE/)** • 🕒 November 8, 2023

I love helping leaders and organizations make transformational change for leadership, learning, and equity. Recently, I've been able to lead...

**READ MORE (HTTPS://KEITHEDWARDS.COM/2023/11/08/DEVELOPING-MEN-MASK-CONSCIOUSNESS-UNMASKING-BECOMING-TOWARD-AUTHENTIC-MASCULINITY/)**

(https://keithedwards.com/2023/10/17/3-levels-of-leadership-for-a-curricular-approach/)

**3 Levels of Leadership for a Curricular Approach**

**EXHIBIT J, Page 5 of 9**

dwards.com/2023/10/17/3-levels-of-leadership-for-a-curricular-approach/)

RDS (HTTPS://KEITHEDWARDS.COM/AUTHOR/KEITHE/) • October 17, 2023

D MORE (HTTPS://KEITHEDWARDS.COM/2023/10/17/3-LEVELS-OF-LEADERSHIP-FOR-A-CURRICULAR-APPROACH/)

(https://keithedwards.com/)

# 14 Responses

Pingback:
**[Pathologize or Look in the Mirror? (http://www.keithedwards.com/2012/12/15/pathologize-or-look-in-the-mirror/)](http://www.keithedwards.com/2012/12/15/pathologize-or-look-in-the-mirror/)**

Pingback:
**[The Brilliance of Babes – 6 Leadership and Life Lessons from Three 3 Year Olds (http://www.keithedwards.com/2013/03/02/the-brilliance-of-babes-6-leadership-and-life-lessons-from-three-3-year-olds/)](http://www.keithedwards.com/2013/03/02/the-brilliance-of-babes-6-leadership-and-life-lessons-from-three-3-year-olds/)**

Pingback:
**["Putting My Man Face On" – College Men's Gender Identity Development (http://www.keithedwards.com/2013/03/20/putting-my-man-face-on-college-mens-gender-identity-development/)](http://www.keithedwards.com/2013/03/20/putting-my-man-face-on-college-mens-gender-identity-development/)**

Pingback:
**[Men's Gender Identity over 10 Years – Wearing a Mask, Discovery, and Integrity (http://www.keithedwards.com/2017/01/12/mens-gender-identity-over-10-years-wearing-a-mask-discovery-and-integrity/)](http://www.keithedwards.com/2017/01/12/mens-gender-identity-over-10-years-wearing-a-mask-discovery-and-integrity/)**

Pingback:
**[Coming out as a male feminist and why you should do it too - Woke Daddy (http://wokedaddy.com/2017/02/20/coming-out-male-feminist-and-why-you-should-do-it-too/)](http://wokedaddy.com/2017/02/20/coming-out-male-feminist-and-why-you-should-do-it-too/)**

Pingback:
**[Coming out as a male feminist and why you should do it too - Woke Daddy (http://wokedaddy.com/2017/05/15/coming-out-male-feminist-and-why-you-should-do-it-too/)](http://wokedaddy.com/2017/05/15/coming-out-male-feminist-and-why-you-should-do-it-too/)**

**EXHIBIT J, Page 6 of 9**

**Case 1:23-cv-03507-RDB   Document 2-11   Filed 12/27/23   Page 7 of 9**



Masculinity (http://www.keithedwards.com/2017/09/28/authentic-masculinity/)

(https://keithedwards.com/)

Reasons Why' Teaches Fathers About Masculinity - Woke Daddy (http://wokedaddy.com/2018/05/30/what-13-reasons-why-teaches-fathers-masculinity/)

Pingback:
**How We Break Our Sons (And The Reason Why We Do It) - Woke Daddy (http://wokedaddy.com/2018/10/01/how-we-break-our-sons-and-the-reason-why-we-do-it/)**

Pingback:
**The Hilarious Bad Boys 2 Reggie Scene Did Not Age Well - Woke Daddy (http://wokedaddy.com/2019/07/01/the-hilarious-bad-boys-2-reggie-scene-did-not-age-well/)**

Pingback:
**5 Ways Every Man Can Challenge the Toxic Culture of Masculinity | Catalyst (https://www.catalyst.org/2020/02/05/challenge-toxic-masculinity/)**

Pingback:
**The Role of Male Allyship in Conscious Leadership and Business | Living Well Awake (https://livingwellawake.com/2020/02/28/the-role-of-male-allyship-in-conscious-leadership-and-business/)**

Pingback:
**5 Ways Every Man Can Challenge the Toxic Culture of Masculinity - Kanarys (https://www.blog.kanarys.com/5-ways-every-man-can-challenge-the-toxic-culture-of-masculinity/)**

Pingback:
**A New Vision of Masculinity. How Can It Be Created? (https://satpurusha.com/a-new-vision-of-masculinity/)**

# LEAVE A REPLY

Your email address will not be published. Required fields are marked *

**EXHIBIT J, Page 7 of 9**

☰

(https://keithedwards.com/)

Name *

Email *

Website

ERROR for site owner: Invalid key type    reCAPTCHA

Privacy - Terms

**POST COMMENT**

(https://keithedwards.com/)

**Keith helps leaders and organizations make transformational change for leadership, learning, and equity.**

**EXHIBIT J, Page 8 of 9**



- ity(https://keithedwards.com/allyship-equity/)
- culinity(https://keithedwards.com/masculinity/)
- Coaching(https://keithedwards.com/leadership/)
(https://keithedwards.com/)
- nd the Classroom(https://keithedwards.com/learning-beyond-the-classroom/)
- Sexual Violence Prevention(https://keithedwards.com/sexual-violence-prevention/)

## HELPFUL LINKS

- Contact(https://keithedwards.com/contact/)
- Home(https://keithedwards.com/)
- About(https://keithedwards.com/about/)
- Services(https://keithedwards.com/services/)
- Learnings(https://keithedwards.com/learnings/)

Join the hundreds that have subscribed to Keith's newsletter! → (https://keithedwards.us17.list-manage.com/subscribe?u=cb0e590acdd23bdc7b1b60b25&id=32952d9dc8)

(https://www.linkedin.com/in/keith-e-edwards/)  (https://www.facebook.com/keithedwardsspeaks/)  (https://www.instagram.com/keithedwardsphd/)  (https://twitter.com/KeithEPhD)  (https://www.keithedwards.com/feed/)

© Keith Edwards | All Rights Reserved

Web Design by Kristin Pearson (https://kristinpearson.com/)

**EXHIBIT J, Page 9 of 9**