EXHIBIT K, 1 of 1