



**EXHIBIT L, 1 of 1**