10/10/23, 12:36 PM                           University of Maryland receives record number of sexual misconduct reports, conducts few investigations

Case 1:23-cv-03507-RDB   Document 2-16   Filed 12/27/23   Page 1 of 6

# ☰ THE BALTIMORE SUN 🔍                                                                  LOG IN

| Five things we learned from the Ravens' 17-10 loss to the Pittsburgh Steelers  | Harford County Board of Education receives petition to restore names of slave…  | Orioles' Dean Kremer to start Game 3 of ALDS with family in Israel 'in back of my head'  | Four things we learned f the Orioles' second strai home loss to the Ranger |

ADVERTISEMENT

EDUCATION

# University of Maryland receives record number of sexual misconduct reports, conducts few investigations

By Talia Richman
Baltimore Sun • Published: Mar 22, 2019 at 12:45 pm

  



Listen to this article

Fueled by a rising awareness about the prevalence of sexual violence on campus and ways to report it, the University of Maryland's Title IX office received a record-high number of complaints last school year — yet it opened a record-low number of investigations into those claims.

During the last school year, the Office of Civil Rights and Sexual Misconduct received 249 reports of potential sexual misconduct, of which 91 became formalized complaints, according to its recently published annual report. Investigators then opened 16 investigations. The year before, the office fielded 208 reports, of which 80 became complaints, and opened 27 investigations.

During the office's inaugural year, the 2014-2015 academic year, it opened 18 investigations, stemming from 48 complaints and 112 reports. Until last year, the numbers had been climbing steadily in every category.

Though it may seem counterintuitive, experts say it's a positive when the number of sexual misconduct reports rises at a university. Sexual violence, they say, is a severely under-reported crime and an increase in reports likely means more people on the College Park campus are aware of how to come forward.

Andrea Goodwin, who acted as the office's interim co-director after its previous leader resigned in August, told the university's student newspaper that she could not attribute the low number of investigations to any particular factor.

Her predecessor in the role, Catherine Carroll, repeatedly said that during her tenure the office was under-staffed and under-sourced. She left prior to the start of the current academic year for a job in the Fairfax County school system.

The office has been under investigation by the U.S. Department of Education's Office of Civil Rights since late 2017 for how it responds to reports of sexual assaults.

In an interview, Goodwin said she does not believe the office was understaffed or that a lack of resources contributed to a lower number of investigations.

"Anytime we get a report, we take it very seriously," she said.

**EXHIBIT O, Page 1 of 6**

10/10/23, 12:36 PM    University of Maryland receives record number of sexual misconduct reports, conducts few investigations

Case 1:23-cv-03507-RDB   Document 2-16   Filed 12/27/23   Page 2 of 6

Of the 91 complaints brought forward in the 2017-18 school year, nine resulted in completed investigations, seven investigations are still in progress and eight cases reached an "informal resolution."

In roughly a third of the cases, the complainant did not want to move forward with the process, and in 16 cases, the university had no authority to investigate. The rest of the complaints stalled for other reasons.

The discrepancy between the number of complaints and investigations worries Ever Hanna, the campus policy manager for End Rape on Campus. The low number of investigations, Hanna said, raises questions about how the Title IX office is operating. That so many didn't want to proceed makes Hanna wonder whether students distrust the Title IX office.

"I would like to see the numbers be more closely matched," Hanna said. "To see that only 16 were taken seriously enough to have an investigation is really disappointing."

Goodwin said each case is individually assessed. For a variety of reasons, she said, a "report doesn't always turn into a complaint and a complaint doesn't always turn into an investigation."

The university's case-by-case approach was also apparent in the way sanctions were doled out to students found responsible of sexual misconduct.

In one case, the school expelled a person found responsible for Sexual Assault I, which is rape, and Sexual Assault II, which the university defines as "unwanted touching of intimate body parts."

Another student, meanwhile, was found responsible of Sexual Assault I and II and was suspended, but the suspension was withheld. The student also had to attend an ethics seminar, complete a research paper on affirmative consent and do community service.

Before deciding a sanction, Goodwin says the Title IX office considers a number of factors, including the impact on the victim and whether the person accepts responsibility.

"There are no automatic sanctions," she said.



Taboola Feed

**Here's What Gutter Guards Should Cost You In 2023**
LeafFilter Partner | Sponsored
Learn More

**Game shows what the world without US military interventions would look like**
Grand Historic Strategy Simulation | Sponsored
Play Now

**This Year's Lincoln Nautilus Is Turning Heads -- Find Great Deals Near You!**
FavoriteSearches | Sponsored

**New Electric SUVs Come with Tiny Price Tags (Take a Look)**
CommonSearches | Sponsored

**What if the US never became a superpower? Game simulates historical scenarios**
Historical Strategy Game | Sponsored
Play Now

**EXHIBIT O, Page 2 of 6**

10/10/23, 12:36 PM                    University of Maryland receives record number of sexual misconduct reports, conducts few investigations

Case 1:23-cv-03507-RDB   Document 2-16   Filed 12/27/23   Page 3 of 6

**Maryland: Say Bye To Your Car Insurance If You Drive Less Than 50 Miles/Day**
ExpertsInMoney.co | Auto | Sponsored

Learn More

**Tommy Chong: The Horrifying Truth About CBD**
Tommy Chong's CBD | Sponsored

Watch Now

ADVERTISEMENT

2019 > March > 22

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

**EXHIBIT O, Page 3 of 6**

10/10/23, 12:36 PM  University of Maryland receives record number of sexual misconduct reports, conducts few investigations

Case 1:23-cv-03507-RDB   Document 2-16   Filed 12/27/23   Page 4 of 6

## LATEST

**BUSINESS**

17 terrible investments by Amazon

1m



**EDUCATION**

Substitute teacher arrested in connection with loaded handgun found in backpack at Glen Burnie High School

12m



EXHIBIT O, Page 4 of 6

10/10/23, 12:36 PM    University of Maryland receives record number of sexual misconduct reports, conducts few investigations

Case 1:23-cv-03507-RDB   Document 2-16   Filed 12/27/23   Page 5 of 6

FOOD & DRINK

Wine, etc.: Revisiting California tasting fees and the inevitable wine club signups | COMMENTARY

35m



ADVERTISEMENT

**You May Like**                                                          **Sponsored Links by Taboola**

**No More Free Returns? Amazon Releases New Fees**
Online Shopping Tools

**Your 2023 Horoscope Is So Accurate It Will Give You Goosebumps**
My Astrology                                                               Read More

**All New Subaru Solterra - Prices Too Good To Be True (Take A Peek)**
Smartanswers.net|Subaru Solterra Sale                                     Click Here

**Seniors Love These Small Electric Cars in 2023 (Surprisingly Affordable)**
Mysearches

ADVERTISEMENT

**EXHIBIT O, Page 5 of 6**

10/10/23, 12:36 PM
University of Maryland receives record number of sexual misconduct reports, conducts few investigations

Case 1:23-cv-03507-RDB   Document 2-16   Filed 12/27/23   Page 6 of 6



Copyright © 2023, Baltimore Sun