Skip to main content | About Us (/about/) | Contact Us (/about/contacts/gen/) | FAQs (https://www.ed.gov/answers/)

 Language Assistance ▾



| | Home (/about/offices/list/ocr/index.html) | About OCR (/about/offices/list/ocr/aboutocr.html) |
|---|---|---|
| ▪ (/about/offices/list/ocr/index.html) | Home (/about/offices/list/ocr/index.html) | About OCR (/about/offices/list/ocr/aboutocr.html) |
| ▪ | Programs/Initiatives (/policy/rights/reg/ocr/index.html) | Reading Room (/about/offices/list/ocr/frontpage/faq/reading room.html) |
| ▪ | Office Contacts (https://ocrcas.ed.gov/contact-ocr) | Frequently Asked Questions (/about/offices/list/ocr/faqs.html) |
| ▪ | Reports & Resources (/about/offices/list/ocr/reports-resources.html) | Careers/Internships (/about/offices/list/ocr/frontpage/careers/careers-index.html) |
| ▪ | News (/about/offices/list/ocr/newsroom.html) | Blog (/about/offices/list/ocr/blog/index.html) |

# Pending Cases Currently Under Investigation at Elementary-Secondary and Post-Secondary Schools as of December 11, 2023 7:30am Search

Home (index.html)    Race and National Origin Discrimination (tvi.html)

Sex Discrimination (tix.html)    Disability Discrimination ▾    Age Discrimination (age.html)

Boy Scouts of America Equal Access Act (boyscouts.html)

State:

MD ▾

**EXHIBIT R, 1 of 5**

Type of Discrimination:

Refresh

Show: 20                                                                                                          Search:

| State | Institution | Institution Type | Type of Discrimination | Open Investigation Date |
|---|---|---|---|---|
| MD | FREDERICK COUNTY PUBLIC SCHOOLS | ESE | Title IX - Sexual Harassment | 10/18/2022 |
| MD | MONTGOMERY COUNTY PUBLIC SCHOOLS | ESE | Title IX - Sexual Harassment | 6/9/2023 |
| MD | CHARLES COUNTY PUBLIC SCHOOLS | ESE | Title IX - Sexual Violence | 7/1/2020 |
| MD | JOHNS HOPKINS EMPLOYER HEALTH PROGRAM | PSE | Title IX - Sexual Violence | 4/25/2022 |
| MD | MONTGOMERY COUNTY PUBLIC SCHOOLS | ESE | Title IX - Sexual Violence | 3/12/2020 |
| MD | MORGAN STATE UNIVERSITY | PSE | Title IX - Sexual Violence | 6/26/2014 |
| MD | MOUNT SAINT MARYS UNIVERSITY | PSE | Title IX - Sexual Violence | 4/11/2023 |
| MD | PEABODY INSTITUTE OF THE JOHNS HOPKINS UNIVERSITY | PSE | Title IX - Sexual Violence | 6/30/2022 |
| MD | UNIVERSITY OF MARYLAND-BALTIMORE COUNTY | PSE | Title IX - Sexual Violence | 1/11/2022 |
| MD | UNIVERSITY OF MARYLAND-COLLEGE PARK | PSE | Title IX - Sexual Violence | 1/11/2017 |
| MD | UNIVERSITY OF MARYLAND-COLLEGE PARK | PSE | Title IX - Sexual Violence | 3/31/2017 |
| MD | UNIVERSITY OF MARYLAND-COLLEGE PARK | PSE | Title IX - Sexual Violence | 4/7/2020 |
| MD | UNIVERSITY OF MARYLAND-COLLEGE PARK | PSE | Title IX - Sexual Violence | 11/5/2021 |

**EXHIBIT R, 2 of 5**

| State | Institution | Institution Type | Type of Discrimination | Open Investigation Date |
|---|---|---|---|---|
| MD | MOUNT SAINT MARYS UNIVERSITY | PSE | Title IX - Single Sex Campus Programs | 2/8/2022 |
| MD | TOWSON UNIVERSITY | PSE | Title IX - Single Sex Campus Programs | 2/7/2022 |
| MD | UNIVERSITY OF MARYLAND-COLLEGE PARK | PSE | Title IX - Single Sex Campus Programs | 1/20/2021 |

Showing 21 to 36 of 36 records (filtered from 2463 total records)         Pages:   Previous   1   2   Next

Printable view (/print/about/offices/list/ocr/docs/investigations/open-investigations/tix.html)

Last Modified: 12/11/2023

## How Do I Find...

- Student loans, forgiveness (/fund/grants-college.html?src=rn)
- Higher Education Rulemaking (https://www2.ed.gov/policy/highered/reg/hearulemaking/2021/index.html?src=rn)
- College accreditation (https://www.ed.gov/accreditation?src=rn)
- Every Student Succeeds Act (ESSA) (https://www.ed.gov/essa?src=rn)
- FERPA (http://studentprivacy.ed.gov?src=rn)
- FAFSA (https://fafsa.gov/?src=edgov-rn)
- 1098, tax forms (https://www.ed.gov/1098-e?src=rn)

More > (/about/top-tasks.html?src=rn)

## Information About...

- Elevating Teaching (https://www.ed.gov/teaching?src=rn)
- Early Learning (/about/inits/ed/earlylearning/index.html?src=rn)
- Engage Every Student (https://www.ed.gov/ost?src=rn)
- Unlocking Career Success (https://cte.ed.gov/unlocking-career-success/)
- Cybersecurity (https://tech.ed.gov/cyberhelp/)

Related Topics

**EXHIBIT R, 3 of 5**

How to File a Complaint
(/about/offices/list/ocr/docs/howto.html?
src=rt)

Topics A-Z
(/about/offices/list/ocr/topics.html?
src=rt)

Civil Rights Data Collection
(CRDC)
(/about/offices/list/ocr/data.html?
src=rt)

Other Civil Rights Agencies
(/about/offices/list/ocr/related.html?
src=rt)

Recursos de la Oficina Para Derechos Civiles en
Español
(https://www2.ed.gov/about/offices/list/ocr/docs/howto-
index.html#spanish)

Resources Available in Other Languages
(http://www.ed.gov/about/offices/list/ocr/docs/howto-
index.html)

Student Loans
(/fund/grants-college.html?src=ft)
Repaying Loans (https://studentaid.gov/manage-loans/repayment?src=ft)
Defaulted Loans (https://studentaid.gov/manage-loans/default?src=ft)
Loan Forgiveness (https://studentaid.gov/manage-loans/forgiveness-cancellation?src=ft)
Loan Servicers (https://studentaid.gov/manage-loans/repayment/servicers?src=ft#who-is-my-loan-servicer)

Grants & Programs
(/fund/grants-apply.html?src=ft)
Apply for Pell Grants (https://fafsa.gov/?src=ft)
Grants Forecast (/fund/grant/find/edlite-forecast.html?src=ft)
Apply for a Grant (/fund/grant/apply/grantapps/index.html?src=ft)

Laws & Guidance
(/policy/?src=ft)
Every Student Succeeds Act (ESSA) (https://www.ed.gov/essa?src=ft)
FERPA (https://studentprivacy.ed.gov/?src=ft)
Civil Rights (/about/offices/list/ocr/know.html?src=ft)
New IDEA Website (https://sites.ed.gov/idea/?src=ft)

**EXHIBIT R, 4 of 5**

Data & Research (/rschstat/?src=ft)

Education Statistics (https://nces.ed.gov/?src=ft)

Postsecondary Education Data (https://nces.ed.gov/ipeds/?src=ft)

ED Data Express (https://eddataexpress.ed.gov/?src=ft)

Nation's Report Card (https://nces.ed.gov/nationsreportcard/?src=ft)

What Works Clearinghouse (https://ies.ed.gov/ncee/wwc/?src=ft)

Open Data Platform (https://data.ed.gov/?src=ft)

COVID Relief Data (https://covid-relief-data.ed.gov/?src=ft)

About Us (/about/?src=ft)

Contact Us (/about/contacts/gen/?src=ft)

ED Offices (/about/offices/list/?src=ft)

Jobs (https://www.ed.gov/jobs/?src=ft)

Press Releases (https://www.ed.gov/news/?src=ft)

FAQs (https://www.ed.gov/answers/?src=ft)

Recursos en español (/espanol/bienvenidos/es/index.html?src=ft)

Budget, Performance (/about/overview/focus/performance.html?src=ft)

Privacy Program (https://www.ed.gov/privacy?src=ft)

Subscribe to E-Mail Updates (https://public.govdelivery.com/accounts/USED/subscriber/new?topic_id=USED_5)

 (https://www.facebook.com/ed.gov)    (https://twitter.com/usedgov)    (https://public.govdelivery.com/accounts/USED/subscriber/new?topic_id=USED_5)    (https://www.ed.gov/feed)

---

Notices (/notices/index.html?src=ft)    FOIA (/policy/gen/leg/foia/foiatoc.html?src=ft)    Privacy Policy (/notices/privacy/index.html)
Accessibility (/notices/accessibility/index.html)    Security (/notices/security/index.html?src=ft)
Information quality (/policy/gen/guid/infoqualguide.html?src=ft)    Inspector General (/about/offices/list/oig/index.html?src=ft)
Whitehouse.gov (https://www.whitehouse.gov/)    USA.gov (https://www.usa.gov/)    Benefits.gov (https://www.benefits.gov/)
Regulations.gov (https://www.regulations.gov/)

**EXHIBIT R, 5 of 5**