**Patrick Seidel**
___

| | |
|---|---|
| **From:** | Angela Nastase <anastase@umd.edu> |
| **Sent:** | Thursday, November 16, 2023 12:06 PM |
| **To:** | ▮▮▮▮▮ |
| **Cc:** | Heather Wetherson; Patrick Seidel; Andrea J. Goodwin |
| **Subject:** | OCRSM Follow-up |

Hello ▮▮▮

I am reaching out to provide you with an update and to remind you that I am available to discuss academic support measures or resources anytime.  If you would like to meet in person or via Zoom to discuss any questions, resources or supportive measures to help you focus on completing your academic coursework this semester, please let me know.

As you are aware, the appellate hearing officers are holding deliberations to review the appeal today Thursday November 16, 2023.  We anticipate receiving the outcome by Tuesday December 5, 2023, *if no additional deliberations dates are scheduled*.  In the meantime, please focus on finishing your courses and let me know if you need assistance with academic support.  Please know that if the outcome indicates there is a finding of a policy violation and the sanction is upheld, we will work with you to ensure that you are able to finish your classes this semester.

Another person that is available to assist you is Dr. Andrea Goodwin.  She is the Dean of Students and I have included her on this email so that you are easily able to contact her for any support or help that you need.  She is available to support you should you need to discuss options for transitioning if sanctions are upheld.  Here is Dean Goodwin's contact information:

**Andrea J. Goodwin, Ph.D. (she/her/hers)**
Assistant Vice President and Dean of Students
University of Maryland **| Division of Student Affairs**
Dean of Students Office  | 2130 Clarence Mitchell Building
301.314.8507 | studentaffairs.umd.edu

Should you have any concerns about safety or need medical assistance, please contact 911 immediately.  In addition, the UMD's Counseling Center if you are ever in a crisis and need immediate and confidential support from a licensed counselor.  Please know that we are available to assist you, so please do not hesitate to reach out for assistance.

Sincerely,

**Angela Nastase, JD** (she/her)
Director and Title IX Coordinator
Office of Civil Rights and Sexual Misconduct (OCRSM)
University of Maryland, College Park
3101 Susquehanna Hall
4200 Lehigh Rd. | College Park, MD 20742
E-mail: anastase@umd.edu
Phone: 301.405.1701
OCRSM Web Site

[UMD Resources](UMD Resources)

CONFIDENTIALITY NOTICE: This email and any attachments thereto contain information that is or may be legally privileged and/or confidential and is intended solely for use by the designated recipient. If you are not a designated recipient, your review, retention, storage, copying, or dissemination of this email is prohibited. If you have received this email in error, please immediately notify the sender and delete the email from your computer and network.

**EXHIBIT S, Page 2 of 2**