IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____             *

**Plaintiff,**

                                 *

**v.**                             **Case No.** _____

                                 *

_____             *

**Defendant.**

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐  Exhibit _____ which is an attachment to _____
_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐  _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by _____.

_____          _[signature]_____
Date                                                     Signature

                                      _____
                                      Printed Name and Bar Number

                                      _____
                                      Address

                                      _____
                                      Email Address

                                      _____
                                      Telephone Number

                                      _____
                                      Fax Number