IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOHN DOE**, | * |
| *Plaintiff*, | * |
| v. | *  Civil Action No. RDB-23-3507 |
| **UNIVERSITY OF MARYLAND, COLLEGE PARK** | * |
| | * |
| *Defendant*. | |
| | * |

### **ORDER**

Upon consideration of Plaintiff John Doe's Motion to Proceed Under a Pseudonym, it is hereby **ORDERED** that:

1. Plaintiff's Motion is **GRANTED**. The Court finds there is substantial and serious privacy interest that outweighs the presumption of openness in judicial proceedings under Federal Rule of Civil Procedure 10(a). The Court finds that public revelation of the identities of the parties to the sexual assault accusation and the witnesses in the underlying disciplinary proceeding is not of legitimate interest to the public, and that it could be highly embarrassing and damaging. The Court finds that permitting Plaintiff, his accuser, and the witnesses to proceed anonymously will have no adverse impact on the public, and there is no less restrictive means to protect the privacy interest herein stated.

2. The parties and any other persons filing documents shall use the pseudonym "John Doe" when referring to Plaintiff, the pseudonym "Jane Roe" when referring to the accuser from the underlying disciplinary proceeding, and the pseudonyms "Witness-1", "Witness-2", and "Witness-3" as they were referred to in the underlying disciplinary proceeding. Any other student witness shall be referred to using the individual's initials.

3. The parties and any other persons filing documents shall redact the true names of Plaintiff, Jane Roe, and the witnesses from all documents in this case (excepting those filed under seal) and shall refrain from revealing their true identities. Access to the true identities of the above in connection with this case shall be limited only to this Court, the parties, and counsel.

**SO ORDERED** this 29th day of December 2023, by the United States District Court for the District of Maryland.

_____
United States District Judge