IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOHN DOE**, | * |
| *Plaintiff,* | * |
| v. | *   Civil Action No. RDB-23-3507 |
| **UNIVERSITY OF MARYLAND, COLLEGE PARK** | * |
| | * |
| *Defendant.* | * |
| | * |

## TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff John Doe's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, it is hereby **ORDERED** that:

1. Plaintiff's Motion is **GRANTED** as to the request for a Temporary Restraining Order. Upon review of Plaintiff's submissions and after hearing argument from the parties during a hearing held on January 3, 2024, the Court has determined that Plaintiff has sufficiently demonstrated a likelihood of success on the merits of his claim under Title IX, 20 U.S.C. § 1681(a), and that Plaintiff will suffer immediate irreparable harm without injunctive relief. This Court further finds that in weighing the relative hardships between the parties and the public interest factors, allowing Plaintiff to remain a fully enrolled student in good community standing pending further proceedings on Plaintiff's motion for a preliminary injunction is appropriate.

2. Accordingly, Defendant University of Maryland, College Park is **RESTRAINED** and **ENJOINED** from enforcing Plaintiff's suspension for the duration of this Temporary Restraining Order until a hearing on January 12, 2024.

3. Defendant shall immediately restore all rights and privileges to Plaintiff as a fully enrolled student in good community standing, including his re-enrollment in courses for which he has enrolled. Defendant, its officers, agents, employees,

attorneys, and any other persons who are in active concert or participation with it, are **ENJOINED** from prohibiting Plaintiff's attendance of classes, presence on campus, or participation in school activities.

4.     This Temporary Restraining Order shall remain in effect until a hearing on the motion for preliminary injunction on Friday, January 12, 2024 at 10:30 AM and is without prejudice to Defendant's rights to raise all its defenses to the allegations and claims pled in Plaintiff's Verified Complaint.

**SO ORDERED** this 3rd of January, 2024, by the United States District Court for the District of Maryland.

/s/ Richard D. Bennett
United States Senior District Judge