**CHAMBERS OF**  **U.S. COURTHOUSE - CHAMBERS 5D**
**RICHARD D. BENNETT**  **101 W. LOMBARD STREET**
**UNITED STATES DISTRICT JUDGE**  **BALTIMORE, MD 21201**
**NORTHERN DIVISION**  **TEL: 410-962-3190**
  **FAX: 410-962-3177**

January 3, 2024

**LETTER ORDER**

To Counsel of Record:   *John Doe v. University of Maryland, College Park* (No. RDB-23-3507)

Dear Counsel:

This letter order addresses scheduling matters in the above-captioned case. As this Court ruled at the hearing on Plaintiff's Motion for Temporary Restraining Order (ECF No. 2) on January 3, 2024, this Court will hear arguments with respect to Plaintiff's Motion for Preliminary Injunction (ECF No. 2) on Friday, January 12, 2024 at 10:30 AM. Defendant's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (ECF No. 2) is due by 5:00 PM on Tuesday, January 9, 2024 and shall not exceed 30 pages. Any Response filed by Plaintiff shall be due by noon on Thursday, January 11, 2024 and shall not exceed 10 pages.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

_____/s/_____
Richard D. Bennett
United States Senior District Judge