IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JOHN DOE**, | * | |
| *Plaintiff,* | * | |
| v. | * | Civil Action No. RDB-23-3507 |
| **UNIVERSITY OF MARYLAND,** **COLLEGE PARK** | * | |
| | * | |
| *Defendant.* | | |
| | * | |

## TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff John Doe's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, it is hereby **ORDERED** that:

1. This Court's Temporary Restraining Order (ECF No. 20) is hereby **EXTENDED** until a hearing can be held on Plaintiff's Motion for Permanent Injunction.

2. Plaintiff is granted leave to file an Amended Complaint with a second count alleging a due process violation and a Motion for Permanent Injunction by Tuesday, January 16, 2024.

3. Defendant's Response to Plaintiff's Amended Complaint and Motion for Permanent Injunction shall be filed by Tuesday, February 6, 2024.

4. Plaintiff shall file any Reply to Defendant's Response by Tuesday, February 13, 2024.

5. This Court will hold a hearing on Plaintiff's Motion for Permanent Injunction after briefing for the motion is completed, between February 13, 2024 and February 27, 2024.

6. Accordingly, Defendant University of Maryland, College Park is **RESTRAINED** and **ENJOINED** from enforcing Plaintiff's suspension for the duration of this Temporary

Restraining Order until a hearing on Plaintiff's Motion for Permanent Injunction.

7. Defendant shall continue to respect all rights and privileges to Plaintiff as a fully enrolled student in good community standing, including his enrollment in courses. Defendant, its officers, agents, employees, attorneys, and any other persons who are in active concert or participation with it, are **ENJOINED** from prohibiting Plaintiff's attendance of classes, presence on campus, or participation in school activities.

8. This Temporary Restraining Order shall remain in effect until a hearing on the motion for permanent injunction in February 2024 and is without prejudice to Defendant's rights to raise all its defenses to the allegations and claims pled in Plaintiff's Verified Complaint.

**SO ORDERED** this 12th day of January, 2024, by the United States District Court for the District of Maryland.

_____
United States Senior District Judge