UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**JOHN DOE,**

     Plaintiff

v.

**UNIVERSITY OF MARYLAND,
COLLEGE PARK, et al,**

     Defendants

**Case No.  1:23-CV-03507-RDB**

## ORDER

Upon consideration of Defendant, Alyssa-Rae McGinn's Consent Motion to Extend Time

for Defendant, Alyssa-Rae McGinn to Respond to Plaintiff's Complaint, it is this __5th__ day of

___February_____, 2024, by the United States District Court for the District of Maryland,

hereby:

**ORDERED**, that the Defendant's Consent Motion to Extend Time for Defendant, Alyssa-

Rae McGinn to Respond to Plaintiff's Amended Complaint is **GRANTED**; and it is further

**ORDERED**, that the Alyssa-Rae McGinn shall respond to Plaintiff's Amended Complaint

on or before March 4, 2024.

____2/5/2024_____          _____/s/_____
Date                                                        Richard D. Bennett
                                              United States Judge

Copies to:
All Counsel and Parties

J:\4C094\Motion\Consent Motion To Extend Time To Respond - Order.Docx