IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. RDB-23-3507 |
| UNIVERSITY OF MARYLAND, COLLEGE PARK, *et al.*, | * | |
| | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated on the record and those to be supplemented by a Memorandum Opinion to follow, it is this 15th day of April, 2024, ORDERED that:

1. Defendant Angela Nastase's Motion to Dismiss Count II of the Amended Complaint (ECF No. 40) is DENIED;

2. Defendant Alyssa-Rae McGinn's Motion to Dismiss Count II of the Amended Complaint (ECF No. 48) is DENIED;

3. Plaintiff's Amended Motion for Preliminary Injunction (ECF No. 29) is GRANTED;

4. The University of Maryland, College Park, is ENJOINED from suspending Plaintiff;

5. Upon Plaintiff's satisfactory completion of his coursework, the University of Maryland, College Park, is ENJOINED from preventing Plaintiff from

1

graduating on May 20, 2024, and he shall be awarded his degree at commencement on that date;

6. The Clerk of the Court transmit copies of this Order to the parties.

                                                                                                        /s/_____

                                                                Richard D. Bennett  
                                                               United States Senior District Judge