

A Limited Liability Company
400 East Pratt Street
9th Floor
Baltimore, Maryland 21202
Telephone  410.385.2225
Facsimile   410.547.2432
silvermanthompson.com

Baltimore | Towson | Washington, DC

Writer's Direct Contact:
Todd Hesel
thesel@silvermanthompson.com
443-895-4195

ATTORNEYS AT LAW

May 2, 2024

RECEIVED
IN THE CHAMBERS OF
RICHARD D. BENNETT

MAY 0 2 2024

UNITED STATES DISTRICT COURT

**VIA HAND DELIVERY**

The Honorable Richard D. Bennett
United States District Court, District of Maryland
101 W. Lombard St., Chambers 5D
Baltimore, MD 21201

Re:   *Doe v. Univ. of Md., College Park, et al.*, No. 1:23-cv-03507-RDB.

Dear Judge Bennett:

  I write on behalf of and with the consent of all parties in the above-referenced matter to respectfully request that Your Honor withhold for a period of two weeks from the date of this letter the issuance of any memorandum opinion in support of the Court's April 15, 2024 order (ECF No. 54). The parties are currently engaged in productive settlement negotiations. The issuance of the Court's opinion while settlement negotiations are ongoing could complicate those negotiations or end them entirely. We understand that the Court is not beholden to the parties in the timing of its opinion and may issue that opinion at any time it chooses. We believe, however, that the judicial economy gained from a potential settlement will outweigh any delay caused by our request. If the Court agrees, we ask that it afford the parties this brief period to continue negotiating and reach a settlement that could end this litigation.

  If the Court has questions for counsel or desires additional information, counsel are available for a telephone status conference at the Court's convenience.

Respectfully submitted,

Todd W. Hesel

cc: All counsel of record (via email)

Washington
1750 K Street NW, Suite 810
Washington, DC 20006

Towson
1 W Pennsylvania Ave, #905
Towson, MD 21204