# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOHN DOE**, | * |
| Plaintiff, | * |
| v. | *   Civ. No. RDB-23-03507 |
| **UNIVERSITY OF MARYLAND, COLLEGE PARK,** *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

## JOINT MOTION TO DISMISS PURSUANT TO LOCAL RULE 111

COMES NOW all parties, through counsel and pursuant to Local Rule 111, who respectfully request that the Court dismiss the above-captioned matter without prejudice, the same to convert to a dismissal with prejudice within 60 days of the date of any order granting the instant motion, all parties to bear their own costs.

Dated: May 16, 2024                            Respectfully submitted,

| | |
|---|---|
| /s/ William N. Sinclair | /s/ Megan M. Jenkins |
| Patrick R. Seidel, Esq. (#21801) | (signed by William Sinclair with permission of Megan M. Jenkins) |
| William N. Sinclair, Esq. (#28833) | Megan M. Jenkins (# 20894) |
| Todd W. Hesel, Esq. (#21466) | Eccleston & Wolf, P.C. |
| Andrew M. Harvey, Esq. (#21925) | Baltimore-Washington Law Center |
| Silverman Thompson Slutkin & White, LLC | 7240 Parkway Drive, 4th Floor |
| 400 East Pratt Street, Suite 900 | Hanover, MD 21076-1378 |
| Baltimore, Maryland 21202 | (410) 752-7474 (phone) |
| (410) 385-2225 | (410) 752-0611 (fax) |
| pseidel@silvermanthompson.com | jenkins@ewmd.com |
| bsinclair@silvermanthompson.com | |
| thesel@silvermanthompson.com | *Attorneys for Defendant Alyssa-Rae McGinn* |
| aharvey@silvermanthompson.com | |
| | /s/ Ariel Lichterman |
| *Attorneys for Plaintiff* | (signed by William Sinclair with permission of Ariel Lichterman) |
| | Ariel Lichterman (#20850) |

Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, MD 21202
(410) 576-6459 (phone)
(410) 576-6437 (fax)
alichterman@oag.state.md.us

*Attorneys for Defendant University of Maryland, College Park*